IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA | ) ) ) | |
| Plaintiff, | ) ) | CIV 08-355-JHP |
| v. | ) ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, et. al, | ) ) ) | |
| Defendants. | ) | |

# JUDGMENT

Pursuant to the Defendants' Motion to Dismiss which was granted the 28th day of May 2009, the Court enters judgment for the defendants and against the plaintiff.

**IT IS SO ORDERED** this 28th day of May 2009.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma